COMMONWEALTH of Pennsylvania,
Respondent

v.

Matthew W. SWANGER, Petitioner

No. 847 MAL 2016

Supreme Court of Pennsylvania.

April 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**